JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOFI OBENG-AMPONSAH, | Case No. 5:16-cv-01054-PA-AFM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DON MIGUEL APARTMENTS, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

DATED: July 22, 2021

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE